**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1788**

---

EDWARD E. STROUPE, JR.,

Plaintiff - Appellant,

versus

TANDY CORPORATION; RADIO SHACK; TRANSPORTATION
INSURANCE COMPANY; RSKCO, formerly known as
CNA Insurance; RAMESH MURTHY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virignia, at Abingdon.   Glen M. Williams, Senior
District Judge.  (CA-02-81-1)

---

Submitted:  September 19, 2002      Decided:  September 27, 2002

---

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Edward E. Stroupe, Jr., Appellant Pro Se.  Rebecca Everett Kuehn,
LECLAIR RYAN, P.C., Alexandria, Virginia; William W. Eskridge,
PENN, STUART & ESKRIDGE, Abingdon, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward E. Stroupe, Jr., appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Stroupe v. Radio Shack</u>, No. CA-02-81-1 (W.D. Va. July 3, 2002). We deny Stroupe's "Motion for Waiver." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>